UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DMITRIY ZUBOV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>Defendant. | CIVIL ACTION NO.  1:20-cv-10974-IT |

**CERTIFICATION REGARDING LITIGATION COSTS
AND ALTERNATIVE DISPUTE RESOLUTION**

Radius Global Solutions, LLC and its counsel hereby certify and attest that they have conferred:  (a) with a view toward establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

RADIUS GLOBAL SOLUTIONS, LLC.

By its Attorney,

*/s/ John J. O'Connor*
John J. O'Connor, Esq.
BBO # 555251
Peabody & Arnold
600 Atlantic Ave.,
Boston, MA 02210-2261
Phone: (617) 951-2100
joconnor@peabodyarnold.com

## **CERTIFICATE OF SERVICE**

     I, John J. O'Connor, hereby certify that I have, this 24th day of August, 2020, served the foregoing document on all counsel of record, by causing a copy thereof, to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing (NEF).

                                                      */s/    John J. O'Connor*
                                                      John J. O'Connor

1797874_1
15998-206315