**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**DMITRIY ZUBOV, Individually and on Behalf of All Others Similarly Situated**

**Plaintiff,**

**v.**

**RADIUS GLOBAL SOLUTIONS, LLC**

**Defendant.**

**Civil Action No. 1:20-cv-10974-IT**

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, on this 18th day of November, 2020, by and between Plaintiff Dmitriy Zubov and Defendant Radius Global Solutions, LLC, that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear his or its own attorney's fees, costs and expenses incurred.

By: /s/Kevin Crick
Kevin Crick, Esq. (BBO#680950)
Rights Protection Law Group, PLLC
100 Cambridge St., Suite 1400
Boston, Massachusetts 02114
Phone: (844) 574-4487
Facsimile: (888) 622-3715

*Attorney for the Plaintiff Dmitriy Zubov*

/s/ *John J. O'Connor*
John J. O'Connor, Esq. (BBO#555251)
Peabody & Arnold
600 Atlantic Avenue,
Boston, MA 02110-1781
Telephone: (617) 951-2077
Facsimile: (617) 235-3524
joconnor@peabodyarnold.com

*Counsel for Defendant Radius Global Solutions, LLC*

/s/ *Morgan Marcus*
Morgan Marcus, Esq.
Sessions, Fishman, Nathan & Israel
141 W. Jackson Blvd., Suite 3550
Chicago, IL 60604-2992
Telephone: (312) 578-0985
Facsimile: (877) 334-0661
mmarcus@sessions.legal

*Counsel for Defendant Radius Global Solutions, LLC*

APPROVED BY THE COURT:

Dated: 11/19/2020

Indira Talwani
HON. INDIRA TALWANI U.S.D.J.